Valencia Hospitality Group LLC
Case #24-34705
Monthly operating report for
 small business under chapter 11
For the month ended February 28, 2028
Exhibit C cash receipts

| | |
|---|---:|
| Sales | 161,366.00 |
| Tips | 29,918.22 |
| Taxes | 13,248.97 |
| Gift cards | 520.00 |
| Total receipts | 205,053.19 |

Exhibit D Cash disbursements

| | |
|---|---:|
| Tips | (20,790.00) |
| Taxes | |
| Cost of goods | (58,571.00) |
| Loan to Rico | (4,000.00) |
| Operating expenses | (104,242.00) |
| Total disbursements | (187,603.00) |

| | |
|---|---:|
| Net cash flow | 17,450.19 |
| beginning cash in bank | 1,128.35 |
| ending cash in bank | 18,578.00 |